James Michael NEFF, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49243.

Missouri Court of Appeals, Western District.

Nov. 1, 1994.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and HANNA, JJ.

#### ORDER

*PER CURIAM:*

Defendant appeals from the dismissal of his Rule 24.035 motion for post-conviction relief which was labeled as a Rule 29.07(d) motion.

The judgment of dismissal is affirmed. Rule 84.16(b).